# Third District Court of Appeal
## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1157
Lower Tribunal No. 21-32119 SP
_____

**Isabel C. Casas,**
Appellant,

vs.

**Hugo R. Carralero, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Isabel C. Casas, in proper person.

No appearance, for appellees.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.